JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shenzhen Naneon Nano Tech Co., Ltd., | Case No.: 2:22-cv-08328 |
| Plaintiff, | Hon.: Andre Birotte Jr |
| vs. | **~~PROPOSED~~ ORDER DISMISSING ACTION WITH PREJUDICE** |
| Naneon LLC, et al., | |
| Defendants. | |

Based on the parties' stipulation, the Court DISMISSES this matter with prejudice. Each party is to bear its own costs, expenses, and fees.

IT IS SO ORDERED.

Date: May 23, 2023        By: _____
                              Hon. Andre Birotte Jr
                              United States District Judge